160 So.2d 229

**Mrs. Winfred V. WHITMAN et al.**

v.

**CENTURY INSURANCE COMPANY, LTD., OF SCOTLAND et al.**

**No. 47106.**

Feb. 14, 1964.

In re: Mrs. Winfred V. Whitman and her husband, Leon H. Whitman, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bienville. 159 So.2d 319.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.